BLANK ROME, LLP
Attorneys for Plaintiff
KINGS OCEAN SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000



OFFICE COPY

RECEIVED
FEB 21 2008
U.S.D.C. S.D.N.Y.
CASHIER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KINGS OCEAN SHIPPING CO. LTD.,

   Plaintiff,

   -against-

PACIFIC ARK INTERNATIONAL MARITIME LTD. a/k/a PAIMCO,

   Defendant.

---

08 Civ. 1710  Judge Cedarbaum

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff KINGS OCEAN SHIPPING CO. LTD. certifies that, according to information provided to counsel by its clients, KINGS OCEAN SHIPPING CO. LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:  New York, New York
        February 20, 2008

                                BLANK ROME, LLP
                                Attorneys for Plaintiff
                                KINGS OCEAN SHIPPING CO. LTD.

                                By _____
                                   Jack A. Greenbaum (JG 0039)
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, NY  10174-0208
                                (212) 885-5000